# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

LKQ Corporation, et al.

Plaintiff,

v.

Case No.: 1:21–cv–03166<br>Honorable Nancy L. Maldonado

Kia Motors America, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 5, 2022:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendants' Unopposed Motions to Seal [135, 136] and Motion to Accept Exhibits in Support of LKQ's Motion to Compel Under Seal [137] are granted as Defendants have provided good cause to seal portions of the briefs and certain exhibits. To their Motions to Seal [135, 136], Defendants attached public, redacted [136–1] and sealed [135–1] versions of their Opposition to Plaintiffs' Motion to Compel and sealed Exhibits A, B, J, K, N, O, Q, and S to the Declaration of Thomas R. Burns, Jr. [135–3–135–10]. Defendants shall file their public and non–public versions of their Opposition as separate entries on the docket. Plaintiffs have filed public, redacted [123] and sealed [125] versions of their Memorandum in Support of Their Opposed Motion to Compel, and a public version of Declaration of Michael P. Bregenzer [124] with sealed Exhibits G, H, and J to the Bregenzer Declaration [126]. Defendants' Unopposed Motion to Seal [132] is duplicative of Motion [133] and therefore is denied. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.