IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KIA AMERICA, INC. and KIA CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-03166 <br><br> Jury Trial Demanded |

## KIA'S CERTIFICATION UNDER RULE 11

Pursuant to the Court's January 12, 2023 Order (Dkt. 153), Defendants Kia Corporation and Kia America, Inc. (collectively, "Kia") hereby certify under Rule 11 of the Federal Rules of Civil Procedure that Kia has conducted a reasonable inquiry as to whether the eight inventors—*i.e.*, (1) Jae Do Han; (2) Seo Hee Ahn; (3) Hyung Uk Chang; (4) Jae Kun Lee; (5) Chi-Young Kim; (6) Byung-Woo Kim; (7) Woo Hyun Kim; and (8) Hwan Wook Baek—have any additional responsive documents in their possession, custody, and control. Kia has produced all responsive documents in their possession, custody, or control.

Dated: January 31, 2023

/s/ *K. Kevin Mun*
Edward J. Naidich
K. Kevin Mun
Guang-Yu Zhu
MEI & MARK LLP
818 18th St. N.W., Suite 410
Washington, D.C. 20006
(888) 860-5678

***Attorneys for Defendants***
***Kia America, Inc. and***
***Kia Corporation***

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing document was served via ECF on January 31, 2023 upon all counsel of record.

/s/ *K. Kevin Mun*
K. Kevin Mun
MEI & MARK LLP
818 18th St. N.W., Suite 410
Washington, D.C. 20006
(888) 860-5678
