# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

LKQ Corporation, et al.
                                          Plaintiff,

v.                                        Case No.: 1:21−cv−03166
                                          Honorable Nancy L. Maldonado

Keystone Automotive Industries, Inc., et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 13, 2023:

    MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 12/14/2023 is stricken and reset to 1/25/2024 at 9:15 a.m. by telephone. By 1/18/2024 the parties should file a Joint Status Report with an update on the case. The Court has reviewed the latest Joint Status Report [381]. Parties informed the Court they were able to resolve the pending motions in their meet and confer conference. Therefore, the Court denies Doc. [320], Doc. [342], and Doc. [350] as moot. The Court appreciates this resolution. The Court grants Defendant's Motion to Seal [344] and Plaintiff's Motion to Seal [354] as good cause has been shown. Parties further informed the Court they anticipate additional motion practice on discovery issues. The Court urges the parties to continue working together to resolve the outstanding issues through the meet and confer process, instead of spending further resources on motion practice with the Court. Fact discovery is otherwise closed. Expert discovery will closed on 1/25/24 as previously ordered [98]. If after reviewing the settlement letters ordered, the parties are interested in pursuing settlement discussions with Court involvement, they may contact the Courtroom Deputy to schedule a preliminary settlement discussion. The Court's standing order on settlement conferences has detail about the Court's settlement process. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.