**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,

Plaintiffs,

v.

KIA AMERICA, INC. and KIA CORPORATION,

Defendants.

Civil Action No.: 1:21-cv-03166

The Honorable Nancy Maldonado

The Honorable Magistrate Sunil R. Harjani

**KIA'S MOTION TO STRIKE "WORKSHEETS" OF KRISTA F. HOLT**

Defendants Kia America, Inc. and Kia Corporation ("Kia") respectfully request that this Motion be granted, and this Court enter an Order striking Plaintiffs' LKQ Corporation and Keystone Automotive Industries, Inc. ("LKQ") February 16, 2024 production of "worksheets" of Krista F. Holt.

Kia understands the importance of this Court's requirement that parties must meet and confer on a good faith basis for any dispute prior to filing a motion. Accordingly, counsel for Kia and LKQ met and conferred via videoconference on March 1, 2024, with Kevin Jang appearing on behalf of Kia and Robyn Bowland appearing on behalf of LKQ. Jang Decl. ¶ 5, Ex. 4 (K. Jang's February 29, 2024 Email). Despite the parties' good faith effort to resolve the dispute, the parties are at an impasse. Jang Decl. ¶ 5, Ex. 4 (R.M. Bowland's March 4, 2024 Email). Accordingly, Kia respectfully requests that this Court grant Kia's Motion.

Date: March 8, 2024

Respectfully submitted,

By: /s/ *D. James Pak*

David A. Nelson
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
davenelson@quinnemanuel.com

D. James Pak
Joseph M. Paunovich
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3646
jamespak@quinnemanuel.com
joepaunovich@quinnemanuel.com

***Attorneys for Defendants Kia America Corp. and Kia Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Rubab Hyder*
Rubab Hyder