# MEMORANDUM
# FILED UNDER SEAL