**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KIA AMERICA, INC. and KIA CORPORATION,<br><br>Defendants. | Civil Action No.: 1:21-cv-03166<br><br>The Honorable Nancy Maldonado<br><br>The Honorable Magistrate Sunil R. Harjani |

**DECLARATION OF KEVIN (GYUSHIK) JANG IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE "WORKSHEETS" OF KRISTA F. HOLT**

I, Kevin (Gyushik) Jang, declare as follows:

1. I am a member of the bar of the State of California and Of Counsel to Quinn Emanuel Urquhart & Sullivan, LLP, and am an attorney for Defendants Kia America Corp. and Kia Corporation ("Kia"). I appeared in this case pro hac vice by permission of the Court. ECF No. 287. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of email correspondence between counsel for Plaintiffs LKQ Corp. and Keystone Automotive Industries, Inc. ("LKQ") and counsel for Kia regarding LKQ's February 16, 2024 production supplementing Expert Rebuttal Report of Krista F. Holt on damages.

3. Attached as **Exhibit 2** is a true and correct copy of "worksheets" of Krista F. Holt, which LKQ produced on February 16, 2024.

4. Attached as **Exhibit 3** is a rough transcript of deposition of Krista F. Holt, dated February 20, 2024.

5. Attached as **Exhibit 4** is a true and correct copy of counsel for LKQ and counsel for Kia's email correspondence regarding the production of documents supplementing the Holt expert report, dated February 16, 2024.

6. On March 1, 2024, I met and conferred with LKQ's counsel, including Robyn M. Bowland. During the meet and confer, I suggested LKQ to consider the option of mutually withdrawing objections to the allegedly untimely materials submitted by Mr. Schiavone and Ms. Holt.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on this 8th day of March, 2024, at San Francisco, California.

/Kevin (Gyushik) Jang

Kevin (Gyushik) Jang