# EXHIBIT 1

**Ari Wugalter**

**From:** Gloria Rios <grios@irwinip.com>
**Sent:** Friday, February 16, 2024 6:52 PM
**To:** QE-KIA-LKQ; meimark-itc-1291@meimark.com; Anne Shaw
**Cc:** Kia-NDIL-IIP
**Subject:** LKQ Corp., et al. v. Kia America, Inc., et al., No. 21-cv-03166: Holt Document Production

**[EXTERNAL EMAIL from grios@irwinip.com]**

Counsel,

Please find linked below the following document production in the above-referenced matter. Thank you.

- Document production bearing bates numbers HOLT000001 - HOLT000902.

Best regards,

Gloria Rios | Senior IP Litigation Paralegal

**Irwin IP LLP**
Intellectual Property Litigation
150 N. Wacker Drive | Suite 700 | Chicago, IL 60606
Direct 312.667.6293 | Mobile 312.388.7031
grios@irwinip.com | www.irwinip.com

Confidentiality Notice: This e-mail transmission and any attachments may contain confidential or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify the sender by reply e-mail and delete the message from your system. Thank you