# EXHIBIT 3
# FILED UNDER SEAL